FILED
JAMES BONINI
CLERK

04 FEB -2 AM 9: 25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff | CASE NO. C-1-01-0284 |
| V. | ( Spiegel/Sherman) |
| HEALTH ALLIANCE OF GREATER .<br>CINCINNATI, INC., et al<br>Defendants | MOTION FOR ENTENSION OF TIME<br>TO OBJECT TO ORDERS [Doc.76 and 77] |

### (A) MAGISTRATE JUDGE'S ORDER (Doc.76)

Lay Pro se Plaintiff shows unto this court that the time for him to object to Orders denying: (1) plaintiff's motion to strike defendants' motion for summary judgment (doc 76); (2) plaintiff's to strike the declaration of Sharyn Makrancy (doc.76); (3) plaintiff's motion for a protective order precluding the use of plaintiff's deposition testimony (doc.76), has not expired, and pursuant to Civ.R 6(b), moves the Court for an order extending the time to respond to the said Orders on or before February 28, 2004 for the reason, inter alia, of barrage orders, reports and recommendation (doc.77) recently served on Friday, January 30, 2004 on the plaintiff requiring more time to conduct research and respond adequately to each of the order.

### (B) MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

Lay Pro se plaintiff also moves this court for entry of an order granting extension of time, pursuant to FRCP 6(b), to March 31, 2004, in which to file his objections to the Magistrate Judge's Report and Recommendation (doc.77), served on plaintiff on Friday, January 30, 2004.

### MEMORANDUM

The Magistrate's order (doc.76) was served upon the plaintiff contemporaneously with the Magistrate's Report and Recommendation (doc.77). The orders (doc.76) consist of three separate orders, which plaintiff needs to object to separately and individually, thus needing extension of time to conduct research and respond appropriately.

The Report and Recommendation (doc.77) presents a more complex matter that requires extensive reach and preparation in order to adequately object to it.

This court upon reopening expired discovery, in another action (Amadasu v. Macheret, et al; Case No. 1-02-CV-263) in which plaintiff is the plaintiff, has directed a deposition of this instant plaintiff beginning February 2, 2004 and continuing until whenever completed. This instant plaintiff also is required to appear for a mandated conference requiring many days of travel and the conference on February 23, 2004 by an order of United States District Court, S.D.N.Y. in action (Amadasu v. Rosenberg, et al; Case No. 03.CV 6450). Consequently, adequate enlargement of time is necessary.

Respectfully submitted,

Darlington Amadasu
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**
I hereby certify that true copy of the foregoing was served upon Michael A. Roberts, attorney for defendants at his address on the record or by fax on    2/2/04    by fax.