UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR -1  AM 9: 32

DARLINGTON AMADASU
          Plaintiff

CASE NO. C-1-01-284

     V.

( Perelman/Dlott)

HEALTH ALLIANCE
OF GREATER CINCINNATI, et al
          Defendants

---

**OBJECTIONS TO MAGISTRATE'S REPORT and RECOMMENDATIONS;
OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION; and
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

---

# VOLUME I