UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

FILED
JAMES BONINI
CLERK

04 APR -1 AM 9:32

DARLINGTON AMADASU
    Plaintiff

V.

HEALTH ALLIANCE
OF GREATER CINCINNATI, et al
    Defendants

CASE NO. C-1-01-284

( Perelman/Dlott)

**OBJECTIONS TO MAGISTRATE'S REPORT and RECOMMENDATIONS;
OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION; and
PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

# VOLUME I