IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| Plaintiff(s) | : |
| | : Case No. 1:01cv284-SJD |
| v. | : |
| | : District Judge Susan J. Dlott |
| HEALTH ALLIANCE OF GREATER CINCINNATI, INC., | : |
| Defendant(s) | : |

**O R D E R**

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to the United States Magistrate Judge. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court a decision and order denying (1) plaintiff's motion to strike defendants' motion for summary judgment; (2) plaintiff's motion to strike declaration of Sharyn Makrancy; and (3) plaintiff's motion for a protective order precluding the use of plaintiff's deposition testimony (Doc. 76). Subsequently, the plaintiff filed objections to the Magistrate Judge's order (Doc. 80).

For nondispositive matters, a district judge shall set aside any portion of a magistrate judge's order found to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a). "A finding is clearly erroneous where it is against the clear weight of the evidence or where the court is of the definite and firm conviction that a mistake has been made." Galbraith v. Northern Telecom, Inc., 944 F.2d 275, 281 (6th Cir. 1991).

The Court has reviewed the decision of the Magistrate Judge and considered all of the filings in this matter. Upon consideration of the foregoing, the Court hereby OVERRULES the objections of the plaintiff.

IT IS SO ORDERED.

    ___s/Susan J. Dlott__
Susan J. Dlott
United States District Judge