IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU, | : |
| | : |
| Plaintiff(s) | : |
| | : Case Number: 1:01cv284-SJD |
| vs. | : |
| | : District Judge Susan J. Dlott |
| HEALTH ALLIANCE OF GREATER | : |
| CINCINNATI, INC., | : |
| | : |
| Defendant(s) | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Black. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 27, 2004 Report and Recommendations (Doc. 77). Subsequently, the plaintiff filed objections to such Report and Recommendations.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

IT IS ORDERED that defendants' motion for summary judgment is hereby GRANTED and that judgment shall be entered in favor of defendants as to plaintiff's 42 U.S.C. § 2003-5, 42 U.S.C. §§ 1981, 1983, 1985 and 1986, 29 U.S.C. § 621 (ADEA), 42 U.S.C. § 12101 (ASA), and First, Fifth, and Fourteenth Amendment claims. It is further ordered that plaintiff's state law

claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

    IT IS SO ORDERED.

                                                    ___s/Susan J. Dlott_____
                                                  Susan J. Dlott
                                                  United States District Judge