IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DARLINGTON AMADASU,  :
:
    Plaintiff(s)  :
: Case Number: 1:01cv284-SJD
vs.  :
: District Judge Susan J. Dlott
HEALTH ALLIANCE OF GREATER CINCINNATI, INC.,
:
    Defendant(s)  :

JUDGMENT IN A CIVIL CASE

    Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that defendants' motion for summary judgment is hereby GRANTED and that judgment is entered in favor of defendants as to plaintiff's 42 U.S.C. § 2003-5, 42 U.S.C. §§ 1981, 1983, 1985 and 1986, 29 U.S.C. § 621 (ADEA), 42 U.S.C. § 12101 (ASA), and First, Fifth and Fourteenth Amendment claims.

. . . that plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.

8/16/04                                                                                         JAMES BONINI, CLERK


                                                                                              ___s/Stephen Snyder_____
                                                                                              Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.