UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff | CASE NO. C-1-01-0284 |
| V. | |
| HEALTH ALLIANCE<br>OF GREATER CINCINNATI, et al.<br>Defendants | |

## NOTICE OF APPEAL

Notice is hereby given that Darlington Amadasu hereby appeals to the United States Court of Appeals for the Sixth Circuit from judgment and order granting summary judgment on plaintiff's federal claims in favor of the defendants and dismissing the state claims without prejudice entered in this action on the 16th day of August 2004.

Darlington Amadasu
P. O. Box 6263
Cincinnati, OH 45206
[Plaintiff Pro se]