UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff | CASE NO. C-1-01-0284 |
| V. | |
| HEALTH ALLIANCE<br>OF GREATER CINCINNATI, et al.<br>Defendants | |

## JUDICIAL NOTICE
### RE: APPEAL as of RIGHT-NON PAYMENT OF FEES

Judicial Notice is hereby given that pursuant to the Sixth Circuit Rule, 6 Cir. I.O.P. 3 (b) plaintiff who has been and still indigent litigant in this action with status of in forma pauperis does not have to pay fees. Judicial Notice is hereby given to facilitate plaintiff appeals.

..................................
Darlington Amadasu
P. O. Box 6263
Cincinnati, OH 45206
[Plaintiff Pro se]