# TRANSMISSION FORM

ECF 9-13-04

| District Court: | SD of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | 1:01-cv-284 | Court of Appeals Case No: 04-4241 |
| SHORT CAPTION | | Case Manager: MICHELLE DAVIS |
| | *Darlington Amadasu | Date Filed: FILED OCT 13 2004 LEONARD GREEN, Clerk |
| Plaintiff/Petitioner | vs. | |
| | Health Alliance of Greater Cincinnati, et al | |
| Defendant/Respondent | PO Box 6263 Cincinnati, OH 45202 *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Dlott | Anything That Needs Special Attention |
| Court Reporter(s): | Betty Schwab | Judicial Notice by Plaintiff as of Right to Non-Payment of Fees (Doc.92) |
| From Deputy Clerk: | Kendra Jordan | |
| Date: | 9-9-04 | |
| $255.00 Appeal Filing Fee Paid? | NO | |

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)  ___Volume(s)

Deposition(s)   ___Volume(s)   Exhibit(s)   ___ Volume(s)

Transcript(s)   ___Volume(s)   **Sealed**   ___Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: _____**James Bonini**_____
United States District Court