Case No: 04-4241

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

05 JAN -7 PM 1:3⋯

ORDER

**FILED**

JAN 6 2005

DARLINGTON AMADASU

    Plaintiff - Appellant

EONARD GREEN, Clerk

Judge Dlott

~~1:01cv456~~

1:01cv284

v.

HEALTH ALLIANCE OF GREATER CINCINNATI INC., et al.

    Defendants - Appellees

    Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The Appellant's Brief was not filed by 12/14/04 .

    It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk