UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
JAN 13 2005
LEONARD GREEN, Clerk
1:01cv284

ORDER

DARLINGTON AMADASU

Plaintiff - Appellant

v.

HEALTH ALLIANCE OF GREATER CINCINNATI INC., et al.

Defendants - Appellees

Upon sua sponte consideration, the above-styled case is hereby reinstated,

It is further ORDERED that the case will proceed on appeal and a new briefing schedule will be sent under separate cover. There is no authority to direct the district court to rule on the 60(b) motion.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk

Leonard Green