UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 FEB -9 PM 3: 19

| | |
|---|---|
| DARLINGTON AMADASU<br>Plaintiff | CASE NO. C-1-01-0284 |
| V. | TO THE DISTRICT COURT CLERK TO<br>TRANSMIT RECORD ON APPEALS |
| HEALTH ALLIANCE OF GREATER CINCINNATI, et al<br>Defendants | |

**TO THE DISTRICT COURT CLERK**

**COMMAND TO TRANSMIT RECORD ON APPEAL TO
THE CLERK OF SIXTH CIRCUIT OF APPEAL**

**Pursuant to FRAP 10(a) and 6 Cir. R. 10(b),** Plaintiff, Darlington Amadasu, lay pro se, hereby commands the clerk of this court to assemble and prepare the Record of Appeal, which shall be composed of the following items.

1. The entire original papers filed in this court in respect of the above captioned case;
2. The entire exhibits filed in this court in respect of the above captioned case;
3. A certified copy of the docket entries prepared by the district clerk in respect of the above captioned case

**Pursuant to FRAP 11(b)(2): District Clerk's Duty to Forward Record on Appeal**

Please execute the followings:

1. Number the complete entire documents consisting the record on appeal and with numbers corresponding to the exact numbers in the docket entries;

2. Certify copy of the docket entries

3. Send all of them promptly to the clerk of the Sixth Circuit Court of Appeal

4. Send copies of the certified docket entries to the plaintiff and defendants' counsel;

5. Send notice advising plaintiff and defendants' counsel about the date the Record on Appeal was sent to the circuit clerk

1

Respectfully submitted,

Darlington Amadasu
Plaintiff, Pro Se

**CERTIFICATE OF SERVICE**

I hereby certify that true copy of the foregoing was served upon Michael A. Roberts, attorney for defendants at 1900 Fifth Third Center, 511 Walnut Street, Cincinnati, OH 45202 by delivery to his receptionist on 02/09/05. on 02/09/05