UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 04-4241

FILED
JAMES BONINI
CLERK

05 NOV 30 PM 3:58

Filed: November 29, 2005

DARLINGTON AMADASU

    Plaintiff - Appellant

v.

HEALTH ALLIANCE OF GREATER CINCINNATI INC., et al.

    Defendants - Appellees

1:01cv284

### MANDATE

Pursuant to the court's disposition that was filed 11/7/05 the mandate for this case hereby issues today.

A True Copy.

COSTS: None

Attest:

Filing Fee .......... $
Printing ............ $

    Total ........ $

_____
Deputy Clerk

A TRUE COPY
ATTEST:
LEONARD GREEN, Clerk
_____
Deputy Clerk