Case No: 04-4241

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

DARLINGTON AMADASU

    Plaintiff - Appellant

v.

HEALTH ALLIANCE OF GREATER CINCINNATI INC., et al.

    Defendants - Appellees

Upon sua sponte consideration, the mandate issued in the above-styled case is hereby recalled in light of the timely filing of a petition for rehearing enbanc.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT.
Leonard Green, Clerk