**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

No: 04-4241

FILED
JAMES BONINI
CLERK

06 APR -5 PM 2: 13

Filed: April 3, 2006

DARLINGTON AMADASU

Plaintiff - Appellant

v.

HEALTH ALLIANCE OF GREATER CINCINNATI INC., et al.

Defendants - Appellees

**MANDATE**

Pursuant to the court's disposition that was filed 11/7/05 the mandate for this case hereby issues today.

A True Copy.

COSTS:  None

Attest:

Filing Fee ..........$
Printing ............$

Total ........$

Deputy Clerk